|   |   |
|---|---|
| LILIA YOLANDA SAHAGUN LACY, | CASE NO. 3:18-CV-05129-DWC |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION FOR REMAND |
| NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations, | |
| Defendant. | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Presently before the Court is Defendant's Stipulated Motion for Remand ("Motion"). Dkt. 16. After reviewing the Motion and the relevant record, the Court orders the following:

Defendant's Motion is granted, and the Commissioner's final decision is reversed and remanded for further administrative proceedings, including a de novo hearing and a new decision, under sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner shall:

- Reevaluate the medical opinion evidence of record, providing specific reasons for the weight given to those opinions.
- Reevaluate Plaintiff's symptom testimony and evaluate all third-party statements.
- Reevaluate whether Plaintiff can perform any past relevant work and, if necessary, whether Plaintiff can perform other work existing in significant numbers in the national economy, obtaining supplemental vocational exert evidence as needed.

The parties agree that on proper motion the Court shall consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

Dated this 13th day of July, 2018.

David W. Christel
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
FOR REMAND - 2